**Electronically Filed
Supreme Court
SCWC-20-0000022
17-AUG-2020
12:47 PM**

SCWC-20-0000022

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

DWIGHT J. VICENTE,
Petitioner/Claimant-Appellant/Appellant,

vs.

HILO MEDICAL INVESTORS, LTD.,
Respondent/Employer-Appellee/Appellee,

and

AMERICAN HOME ASSURANCE COMPANY/AIG CLAIMS SERVICES,
Respondent/Insurance Carrier-Appellee/Appellee,

and

JOHN MULLEN & COMPANY, INC.,
Respondent/Insurance Adjuster-Appellee/Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000022; CASE NO. AB 2015-259(H)(S);
DCD NO. 1-87-00882)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
and Circuit Judge Castagnetti, in place of Pollack, J., recused)

On August 13, 2020, petitioner/claimant-appellant

Dwight J. Vicente filed a motion for reconsideration of this

court's August 6, 2020 order rejecting his application for writ

of certiorari.  A rejection of an application for writ of

certiorari, however, is not subject to reconsideration.  See HRAP Rule 40.1(h) ("Neither acceptance nor rejection of an application for a writ of certiorari shall be subject to a motion for reconsideration in the supreme court.  The rejection of an application for certiorari shall be final.").  Accordingly,

It is hereby ordered that the motion for reconsideration is denied.

DATED:  Honolulu, Hawaiʻi, August 17, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Jeannette H. Castagnetti



2